# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:12-CR-00055-1 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RODGER T. ATWOOD, II** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 6th day of December, 2012, upon consideration of the motion (Doc. 64), filed by defendant Rodger T. Atwood, II ("Atwood"), to remove his court-appointed counsel, Kent D. Watkins, Esquire ("Attorney Watkins"), and appoint new counsel, and upon further consideration of Attorney Watkins' response (Doc. 67), wherein Attorney Watkins avers that subsequent to Atwood's motion, Atwood indicated that he wished Attorney Watkins to remain as his court-appointed counsel, it is hereby ORDERED that Atwood's motion (Doc. 64) to remove court-appointed counsel is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge